**CHRISTENSEN JAMES & MARTIN**
WESLEY J. SMITH, ESQ. (11871)
LAURA J. WOLFF, ESQ. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Boards of Trustees of the*
*Cement Masons and Plasterers Health & Welfare Trust, et. al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT VACATION TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 797 APPRENTICE AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION TRAINING FUND; BOARD OF TRUSTEES OF THE OPCMIA LABOR MANAGEMENT FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN NATIONAL INSULATION, INC. fka SUPERIOR CONTRACTING CORPORATION dba GALE BUILDING SERVICES, a Delaware corporation; DOES 1–10 & ROES 1–10, <br><br> Defendants. | CASE NO.: 2:26-cv-00486-CDS-EJY <br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE AND FILE RESPONSIVE PLEADINGS AND CONSENT TO AUDIT** |

The Plaintiffs, the Boards of Trustees of the Cement Masons and Plasterers Health and Welfare Trust, Cement Masons and Plasterers Pension Trust Fund, Cement Masons

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

and Plasterers Joint Vacation Trust, Operative Plasterers and Cement Masons International Association Local 797 Apprentice and Journeyman Training Trust, Operative Plasterers and Cement Masons International Association Training Fund, and OPCMIA Labor Management Fund (collectively the "Trust Funds" or "Plaintiffs"), acting by and through their counsel, Christensen James & Martin, Chtd., and Defendants American National Insulation, Inc. fka Superior Contracting Corporation dba Gale Building Services ("Defendant"), by and through its counsel, David B. Dornak of Fisher Phillips LLC, hereby Stipulate, Agree and Request this Court's Order as follows:

1. This matter is currently pending before the above-entitled Court and has not been scheduled for trial. On March 20, 2026, the Defendant filed a Notice of Appearance of Counsel (ECF No. 3) and was served with the Complaint on May 15, 2026 (ECF No. 6). The case has not been scheduled for trial. There are no summary judgment or dispositive motions pending before the Court.

2. The Defendant is party to the Agreement between the Operative Plasterers' and Cement Masons' International Association ("CBA").  Appendix B to the CBA provides that Defendant Superior Contracting Corporation is doing business as Gale Building Products located at 7465 W. Sunset Rd., Suite 400, Las Vegas, Nevada 89113.  Defendant alleges that this location has changed and Defendant is now doing business at 5375 Procyon Street, Suite 101, Las Vegas, NV 89118, identified as Branch No. 539 ("Branch No. 539").

3. The Plaintiffs are employee benefit trust funds governed by the Employee Retirement Security Act, and allege they have the right to audit the employment and contract records of Defendant with respect to its Branch No. 539 to ensure compliance with the terms and conditions of the applicable collectively bargained agreement and trust agreements. The Defendant denies that the Plaintiffs have the right to file a suit to

audit.

4. The Plaintiffs have requested that Defendant submit to a payroll compliance audit ("Audit") for the time period of February 22, 2019 to September 30, 2025 ("Audit Period").

5. Defendant has provided records responsive to the Audit, and Plaintiffs and Defendant have been negotiating the required scope of the Audit, but the Parties have not finalized those negotiations.

6. Plaintiffs have requested that Defendant provide the following information for employees of Branch No. 539 to their auditor:

   a. Annual payroll records showing all Southern Nevada employees, including details on hours worked and paid delineated as follows:  Regular, overtime, double time, holiday, sick time, and all other non-worked hours;

   b. Employer's Federal annual earnings reports: Form W-2, W-3, 1099, 1096;

   c. Nevada State Employers Quarterly Contribution and Wage Reports including the List of Wages Paid pages showing employees and gross earnings;

   d. Employee roster of all employees including job title/duties, wage rate/salary, hire and term dates;

   e. A list of general contractors, if any;

   f. A list of sub-contractors, if any, including information describing work performed (subcontract agreements);

   g. Monthly benefit contribution remittance reports;

   h. General ledger and cash disbursement records with back-up documentation such as invoices on an as needed basis; and

   i. Jobsite listing – name of job, city, state, and county, if possible, broken down by year, with start and end days.

7. Defendant began submitting copies of information for employees of Branch No. 539

on April 10, 2025, and has agreed to work in good faith with the auditor selected by Plaintiffs to provide information using the secure record transfer protocol as provided by the auditor. The Parties agree to work in good faith to resolve any issue raised by Defendant in producing any specific record or producing records by a specific deadline.

8. This Stipulation is made in an effort to avoid protracted litigation with accompanying costs and is not an admission of liability by either party, nor is this Stipulation a modification of any collectively bargained agreement or trust agreement.

9. The Plaintiffs and Defendant agree that this Case shall be stayed until June 30, 2026. If the matter is not resolved or moot at that time, the Parties will discuss whether an extended stay would be helpful. If either of the Parties prefers to reopen this case after June 30, 2026, they may file and serve a Notice that this matter has not been resolved and that the stipulated Stay has ended ("Notice").

///
///
///
///
///
///
///
///
///
///
///
///
///

-4-

10. Thereafter, the Parties will litigate this matter in the ordinary course, and the Defendant shall serve the Plaintiffs with a responsive pleading to the Complaint within twenty (20) days of the Notice.

11. The Stay does not apply to any motions that may be brought by Plaintiffs to compel compliance with this Stipulation.

**Christensen James & Martin, Chtd.**          **Fisher Phillips LLP**

By:____/s/ *Laura J. Wolff*_____          By: /s/ *David B. Dornak*_____
    Laura J. Wolff, Esq. (6869)              David B. Dornak, Esq. (6274)
    7440 W. Sahara Ave.              300 South Fourth Street, Suite 1500
    Las Vegas, NV 89117              Las Vegas, NV 89101
    *Counsel for Plaintiffs*              *Counsel for Defendant*

Dated this 29th day of May, 2026.          Dated this 29th day of May, 2026.

### ORDER

      **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:  May 30, 2026_____

Presented by:

CHRISTENSEN JAMES & MARTIN

*/s/ Laura J. Wolff*_____
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: ljw@cjmlv.com
*Counsel for Plaintiffs*