**CHRISTENSEN JAMES & MARTIN**
WESLEY J. SMITH, ESQ. (11871)
LAURA J. WOLFF, ESQ. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, ljw@cjmlv.com
*Attorneys for Plaintiffs Boards of Trustees of the*
*Cement Masons and Plasterers Health & Welfare Trust, et. al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE  CEMENT MASONS AND PLASTERERS PENSION  TRUST  FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS JOINT VACATION TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 797 APPRENTICE AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION TRAINING FUND; BOARD OF TRUSTEES OF THE OPCMIA LABOR MANAGEMENT FUND,<br><br>                    Plaintiffs,<br><br>vs.<br><br>AMERICAN NATIONAL INSULATION, INC. fka SUPERIOR CONTRACTING CORPORATION dba GALE BUILDING SERVICES, a Delaware corporation; DOES 1–10 & ROES 1–10,<br><br>                    Defendants. | CASE NO.: 2:26-cv-00486-CDS-EJY<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE AND FILE RESPONSIVE PLEADINGS AND CONSENT TO AUDIT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that

Defendant will have an additional 30-day extension of time, up to and including July 30,

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

2026, to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1). Defendant's responsive pleading is currently due on June 30, 2026. (ECF No. 8).

Defendant has provided records responsive to the payroll compliance audit ("Audit") for the time period of February 22, 2019 to September 30, 2025 ("Audit Period") as requested by Plaintiffs' auditor. Additional time, however, is needed to complete the Audit and to allow Defendant sufficient time to review the completed Audit before filing any responsive pleading. This Stipulation is made in an effort to avoid protracted litigation with accompanying costs and is not an admission of liability by either party, nor is this Stipulation

///

///

///

///

///

///

///

///

///

///

///

///

///

///

-2-

a modification of any collectively bargained agreement or trust agreement.

This stipulation is sought in good faith and not for the purpose of delay.   This is the second request for an extension of this deadline.

**Christensen James & Martin, Chtd.**                **Fisher Phillips LLP**

By:   /s/Laura J. Wolff               By: /s/ David B. Dornak
     Laura J. Wolff, Esq. (6869)              David B. Dornak, Esq. (6274)
     7440 W. Sahara Ave.                   300 South Fourth Street, Suite 1500
     Las Vegas, NV 89117                Las Vegas, NV 89101
     *Counsel for Plaintiffs*                  *Counsel for Defendant*

Dated this 30th day of June, 2026.                Dated this 30th day of June, 2026.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:  June 30, 2026  _____

Presented by:

CHRISTENSEN JAMES & MARTIN

*/s/ Laura J. Wolff*
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: ljw@cjmlv.com
*Counsel for Plaintiffs*