FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
Allison Kheel, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendant American National Insulation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERS JOINT VACATION TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 797 APPRENTICE AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION TRAINING FUND; BOARD OF TRUSTEES OF THE OPCMIA LABOR MANAGEMENT FUND,

Plaintiffs,

v.

AMERICAN NATIONAL INSULATION, INC. fka SUPERIOR CONTRACTING CORPORATION dba GALE BUILDING SERVICES, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; QXO, INC. fka TOPBUILD CORP., a Connecticut corporation; DOES 1–10 & ROES 1–10,

Defendants.

Case No: 2:26-cv-00486-CDS-EJY

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**(FIRST REQUEST)**





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant American National Insulation, Inc., formerly known as Superior Contracting Corporation and doing business as Gale Building Services ("American National Insulation") will have a two-week extension of time up to and including November 16, 2026, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 18).

American National Insulation's counsel is out of the country from October 23, 2026, to November 9, 2026. Because American National Insulation's responsive pleading is currently due on November 2, 2026, an extension is needed to give American National Insulation sufficient time to analyze and respond to the new allegations in Plaintiffs' First Amended Complaint.

This stipulation is sought in good faith and not for the purpose of delay. This is the first request for an extension of this deadline.

Christensen James & Martin, Chtd.

By: /s/ Laura J. Woff
LAURA J. WOLFF, ESQ.
7440 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

FISHER & PHILLIPS, LLP

By: /s/ *David B. Dornak*
DAVID B. DORNAK, ESQ.
300 South 4th Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE

Dated: October 21, 2026