FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
Allison Kheel, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendant American National Insulation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERS JOINT VACATION TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL 797 APPRENTICE AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION TRAINING FUND; BOARD OF TRUSTEES OF THE OPCMIA LABOR MANAGEMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN NATIONAL INSULATION, INC. fka SUPERIOR CONTRACTING CORPORATION dba GALE BUILDING SERVICES, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; QXO, INC. fka TOPBUILD CORP., a Connecticut corporation; DOES 1–10 & ROES 1–10,<br><br>Defendants. | Case No: 2:26-cv-00486-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants American National Insulation, Inc., formerly known as Superior Contracting Corporation and doing business as Gale Building Services ("American National Insulation") and QXO, Inc. f/k/a Topbuild Corp. ("QXO") (collectively, the "Defendants") will have an extension of time up to and including November 30, 2026, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 18). American National Insulation's responsive pleading is currently due on November 16, 2026 (ECF No. 21) and QXO's responsive pleading is currently due on November 17, 2026 (ECF No. 22).

Defendants' counsel recently returned from being out of the county and needs additional time to review the new allegations in Plaintiffs' First Amended Complaint with both American National Insulation and QXO. Defendants' counsel will also be out of the office until November 16, 2026, to attend the funeral of a close family friend.

This stipulation is sought in good faith and not for the purpose of delay. This is the second request for an extension of this deadline for American National Insulations but the first request for QXO.

| Christensen James & Martin, Chtd. | FISHER & PHILLIPS, LLP |
|---|---|
| By: */s/ Laura J. Wolff* | By: */s/ David B. Dornak* |
| LAURA J. WOLFF, ESQ.<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiffs* | DAVID B. DORNAK, ESQ.<br>300 South 4th Street, Suite 1500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE
November 13, 2026



FP 67821054.1